AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

AMY AUSMAN, a married person proceeding in her individual capacity,

        Plaintiff,

        v.

ZAK DESIGNS, INC., a Washington corporation; IRVING ZAKHEIM, an individual; IRVING ZAKHEIM & JANE DOE ZAKHEIM, husband & wife; and DOES 1-100,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-016-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants, with prejudice.

January 27, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson